UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIORE P. TALARICO, JR., WILHELMINA E. ROBERTSON, CHESTNUT OAK, LTD., COCKSPUR, INC., DONALD R. BOTIK, and DAVID KLEIN,

Plaintiffs,

v.

RICHARD E. CAVANAGH, KAREN P. ROBARDS, G. NICHOLAS BECKWITH III, KENT DIXON, FRANK J. FABOZZI, KATHLEEN F. FELDSTEIN, JAMES T. FLYNN, JERROLD B. HARRIS, R. GLENN HUBBARD, W. CARL KESTER, ROBERT S. SALOMON, JR., RICHARD S. DAVIS, and HENRY GABBAY, as Trustees,

Defendants,

- and -

BLACKROCK MUNIENHANCED FUND, INC.; BLACKROCK MUNIVEST FUND, INC.; BLACKROCK MUNIVEST FUND II, INC.; BLACKROCK MUNIYIELD CALIFORNIA FUND, INC.; BLACKROCK MUNIYIELD FUND, INC.; BLACKROCK MUNIYIELD INSURED FUND, INC.; AND BLACKROCK MUNIYIELD NEW YORK INSURED FUND, INC.,

Necessary Party Defendants.

09 Civ. 0753 (HAB)

**STIPULATION**

**ECF CASE**

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for the parties, that Amegy Bank N.A. shall be joined as plaintiff in the above-captioned action and that the action shall be consolidated with *Robertson et al. v. Arch et al.*, 09 Civ. 0754 (HAB), for purposes of Defendants' motions to dismiss.

Dated: White Plains, New York
March 20, 2009

                              LOWEY DANNENBERG COHEN
                              & HART P.C.

By: _____
     Geoffrey M. Horn
     One North Broadway, 5th Floor
     White Plains, New York 10601
     Telephone:  914-997-0500
     Facsimile:   914-997-0035
     ghorn@lowey.com
     *Attorneys for Plaintiffs and Amegy Bank N.A.*

                              DEBEVOISE & PLIMPTON LLP

By: _____ 4/1/09
     John Kiernan, Esq.
     Shannon Selden, Esq.
     919 Third Avenue
     New York, New York 10022
     Telephone:  212-909-6000
     Facsimile:   212-909-6836
     *Attorneys for Independent Trustee Defendants*

                              SKADDEN ARPS SLATE MEAGHER &
                              FLOM LLP

By: _____
     Seth Schwartz, Esq.
     Four Times Square
     New York, New York 10036
     Telephone:  212-735-3000
     Facsimile:   312-735-2000
     *Attorneys for Necessary Party Defendants*

**SO ORDERED:**

Dated:

_____
HAROLD BAER, JR.
United States District Judge

{2253 / STIP / 00094666.DOC v1}    2

Dated: White Plains, New York
March 20, 2009

          LOWEY DANNENBERG COHEN
          & HART, P.C.

By: _____
     Geoffrey M. Horn
     One North Broadway, 5th Floor
     White Plains, New York 10601
     Telephone:  914-997-0500
     Facsimile:  914-997-0035
     ghorn@lowey.com
     *Attorneys for Plaintiffs and Amegy Bank*
        *N.A.*

     DEBEVOISE & PLIMPTON LLP

By: _____
     John Kiernan, Esq.
     Shannon Selden, Esq.
     919 Third Avenue
     New York, New York 10022
     Telephone:  212-909-6000
     Facsimile:  212-909-6836
     *Attorneys for Independent Trustee*
       *Defendants*

     SKADDEN ARPS SLATE MEAGHER &
     FLOM LLP

By: /s/ Seth Schwartz
     Seth Schwartz, Esq.
     Four Times Square
     New York, New York 10036
     Telephone:  212-735-3000
     Facsimile:  312-735-2000
     *Attorneys for Necessary Party Defendants*

**SO ORDERED:**

/s/ Harold Baer, Jr.
HAROLD BAER, JR.
United States District Judge

Dated: 4/8/09

{2253 / STIP / 00094666.DOC v1}    2