USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILHELMINA E. ROBERTSON, CHESTNUT OAK, LTD., COCKSPUR, INC., GROVER, LTD., CULLEN K. GEISELMAN MANAGEMENT TRUST, GROVER G. GEISELMAN MANAGEMENT TRUST, FIORE P. TALARICO, JR., DONALD R. BOTIK, MIRACLE OF PENTECOST FOUNDATION, and DAVID KLEIN, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID C. ARCH, JERRY D. CHOATE, ROD DAMMEYER, LINDA HUTTON HEAGY, R. CRAIG KENNEDY, HOWARD J. KERR, JACK E. NELSON, HUGO F. SONNENSCHEIN, SUZANNE H. WOOLSEY, Ph.D., and WAYNE W. WHALEN, as Trustees, <br><br> Defendants, <br><br> - and - <br><br> VAN KAMPEN TRUST FOR INSURED MUNICIPALS; VAN KAMPEN TRUST FOR INVESTMENT GRADE MUNICIPALS; VAN KAMPEN MUNICIPAL OPPORTUNITY TRUST; VAN KAMPEN MUNICIPAL TRUST; VAN KAMPEN SELECT SECTOR MUNICIPAL TRUST; VAN KAMPEN ADVANTAGE MUNICIPAL INCOME TRUST II; VAN KAMPEN OHIO QUALITY MUNICIPAL TRUST; VAN KAMPEN SENIOR INCOME TRUST, <br><br> Necessary Party Defendants. | 09 Civ. 0754 (HAB) <br><br> **STIPULATION** <br><br> ECF CASE |

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for the parties, that Amegy Bank N.A. shall be joined as plaintiff in the above-captioned action and that the action shall be consolidated with *Talarico et al. v. Cavanagh et al.*, 09 Civ. 0753 (HB), for purposes of Defendants' motions to dismiss.

{2253 / STIP / 00094667.DOC v1}    1

Dated: White Plains, New York
March 20, 2009

By: _____
LOWEY DANNENBERG COHEN
& HART, P.C.

Geoffrey M. Horn (GH-4179)
One North Broadway, 5th Floor
White Plains, New York 10601
Telephone:   914-997-0500
Facsimile:    914-997-0035
ghorn@lowey.com

*Attorneys for Plaintiffs and Amegy Bank N.A.*

SKADDEN ARPS SLATE MEAGHER &
FLOM LLP

By: _____
Lauren Aguiar, Esq.
Charles Smith, Esq. (*pro hac vice* motion to be filed)
Lee Garner, Esq. (*pro hac vice* motion to be filed)
333 West Wacker Drive
Chicago, Illinois 60606
Telephone:   312-407-0700
Facsimile:    312-407-0411

*Attorneys for Defendants and Necessary Party Defendants*

Dated: 4/8/09

SO ORDERED:

_____
HAROLD BAER, JR.
United States District Judge

{2253 / STIP / 00094667.DOC v1}                              2