UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
AMEGY BANK N.A.,                         :
                                         :
             Plaintiff,              :
                                         :
    -against-.                           :
                                         : 09 Civ. 0753 (HB)
RICHARD E. CAVANAGH, et al.,             :
                                         : ECF CASE
             Defendants,             :
                                         :
    - and -                              :
                                         :
BLACKROCK MUNIENHANCED FUND, INC., et al.,: **DEFENDANTS' NOTICE**
                                         : **OF MOTION TO DISMISS**
          Necessary Party Defendants.  :
----------------------------------------x

----------------------------------------x
AMEGY BANK N.A.,                         :
                                         :
             Plaintiff,              :
                                         :
    -against-.                           :
                                         : 09 Civ. 0754 (HB)
DAVID C. ARCH, et al.,                   :
                                         : ECF CASE
             Defendants,             :
                                         :
    - and -                              :
                                         :
VAN KAMPEN TRUST FOR INSURED MUNICIPALS, :
et al.,                                  :
                                         :
          Necessary Party Defendants.  :
----------------------------------------x

       PLEASE TAKE NOTICE that upon the accompanying Declaration of Seth M. Schwartz and the exhibits attached thereto, the accompanying memorandum of law and all prior proceedings herein, Defendants and the Necessary Party Defendants will move this Court, before the Honorable Harold Baer, at the Daniel Patrick Moynihan United States

Courthouse, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Amended Complaints in the captioned actions, and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 6.1 of the Local Civil Rules of this Court, Plaintiff's opposition papers must be served on the undersigned counsel on or before May 7, 2009.

New York, New York
Dated: April 23, 2009

        SKADDEN ARPS SLATE MEAGHER
        & FLOM LLP

By: /s/ Seth Schwartz
    Seth M. Schwartz
    Seth.Schwartz@skadden.com
    Paolo J. Cammarota
    Paolo.Cammarota@skadden.com
    Four Times Square
    New York, NY 10036
    (212) 735-3000

Attorneys for Defendants
Richard S. Davis, Henry Gabbay and the
BlackRock Necessary Party Defendants

DEBEVOISE & PLIMPTON LLP
John S. Kiernan
jskiernan@debevoise.com
Shannon R. Selden
srselden@debevoise.com
919 Third Avenue
New York, NY 10022
(212) 909-6082

Attorneys for Defendants
Richard E. Cavanagh, Karen P. Robards, G. Nicholas Beckwith III, Kent Dixon, Frank J. Fabozzi, Kathleen F. Feldstein, James T. Flynn,

2

        Jerrold B. Harris, R. Glenn Hubbard, W. Carl
        Kester, and Robert S. Salomon, Jr.

        SKADDEN ARPS SLATE MEAGHER
           & FLOM LLP
        Lauren E. Aguiar
        Lauren.Aguiar@skadden.com
        Four Times Square
        New York, NY 10036
        (212) 735-3000

        Charles F. Smith (*pro hac vice* motion to be filed)
        Charles.Smith@skadden.com
        Lee P. Garner (*pro hac vice* motion to be filed)
        Lee.Garner@skadden.com
        333 West Wacker Drive
        Chicago, Illinois 60606
        (312) 407-0700

        Attorneys for Defendants
        David C. Arch, Jerry D. Choate, Rod Dammeyer,
        Linda Hutton Heagy, R. Craig Kennedy, Howard
        J. Kerr, Jack E. Nelson, Hugo F. Sonnenschein,
        Suzanne H. Woolsey, Ph.D., Wayne W. Whalen
        and the Van Kampen Necessary Party
        Defendants

To:    Stephen Lowey
        Geoffrey M. Horn
        LOWEY DANNENBERG COHEN
          & HART, P.C.
        One North Broadway, Suite 509
        White Plains, New York 10601
        (914) 997-0500

        Attorneys for Plaintiff

3