UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMEGY BANK N.A.,

                Plaintiff,

    - against -

RICHARD E. CAVANAGH, et al.,

                Defendants,

    - and -

BLACKROCK MUNIENHANCED FUND, INC., et al.,

                Necessary Party Defendants.

09 Civ. 0753 (HB)

ECF CASE

---

AMEGY BANK N.A.,

                Plaintiff,

    - against -

DAVID C. ARCH, et al.,

                Defendants,

    - and -

VAN KAMPEN TRUST FOR INSURED MUNICIPALS, et al.,

                Necessary Party Defendants.

09 Civ. 0754 (HB)

ECF CASE

---

## ORDER OF DISCONTINUANCE

**Hon. HAROLD BAER, JR., District Judge:**

    This cause having duly come to be heard before me and the attorneys for all parties having advised the Court that all claims asserted herein are settled or are in the process of being settled, it is hereby

ORDERED that the above-entitled action be and hereby is discontinued with prejudice and without costs to either party. Should settlement not be finalized by June 11, 2009, any party may apply to have the action reopened, and it is further

ORDERED that the Clerk of the Court is instructed to close any pending motions, close this case and remove it from my docket.

**SO ORDERED:**
New York, New York

Dated: 5/14/09

_____
U.S.D.J.

I hereby consent to the entry of this proposed order:

LOWEY DANNENBERG COHEN
& HART, P.C.

By: _____
Geoffrey M. Horn
One North Broadway, 5th Floor
White Plains, New York 10601
Telephone:  914-997-0500
Facsimile:  914-997-0035
ghorn@lowey.com
*Attorneys for Plaintiff*

DEBEVOISE & PLIMPTON LLP

By: _____
John Kiernan, Esq.
Shannon Selden, Esq.
919 Third Avenue
New York, New York 10022
Telephone:  212-909-6000
Facsimile:  212-909-6836
*Attorneys for BlackRock Independent Trustee Defendants*

{2253 / ORD / 00095655.DOC v1}    2

ORDERED that the above-entitled action be and hereby is discontinued with prejudice and without costs to either party. Should settlement not be finalized by June 11, 2009, any party may apply to have the action reopened, and it is further

ORDERED that the Clerk of the Court is instructed to close any pending motions, close this case and remove it from my docket.

**SO ORDERED:**
New York, New York

Dated: _____

_____
U.S.D.J.

I hereby consent to the entry of this proposed order:

LOWEY DANNENBERG COHEN
& HART, P.C.

By: _____
Geoffrey M. Horn
One North Broadway, 5th Floor
White Plains, New York 10601
Telephone: 914-997-0500
Facsimile: 914-997-0035
ghorn@lowey.com
*Attorneys for Plaintiff*

DEBEVOISE & PLIMPTON LLP

By: _____
John Kiernan, Esq.
Shannon Selden, Esq.
919 Third Avenue
New York, New York 10022
Telephone: 212-909-6000
Facsimile: 212-909-6836
*Attorneys for BlackRock Independent Trustee Defendants*

{3253 / ORD / 00095655.DOC v1}   2

SKADDEN ARPS SLATE MEAGHER &
FLOM LLP

By: _____
Seth Schwartz, Esq.
Four Times Square
New York, New York 10036
Telephone: 212-735-3000
Facsimile: 312-735-2000
*Attorneys for Richard S. Davis, Henry
Gabay and the BlackRock Necessary Party
Defendants*


SKADDEN ARPS SLATE MEAGHER &
FLOM LLP

By: _____
Lauren Aguiar, Esq.
Charles Smith, Esq.
Lee Garner, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
Telephone: 312-407-0700
Facsimile: 312-407-0411
*Attorneys for Van Kampen Defendants and
Necessary Party Defendants*